FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00235-CV

James **CRAVER**,
Appellant

v.

**FAITH LUTHERAN CHURCH**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0912-CV-E
Honorable William D. Old III, Judge Presiding

# O R D E R

Ms. Amy Russell is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. Ms. Russell's record originally was due on July 18, 2022. On August 1, 2022, this court notified Ms. Russell that she is the court reporter responsible for timely filing the reporter's record in this appeal. We further notified Ms. Russell that the reporter's record had not been filed. Ms. Russell was instructed to file either a Notification of Late Record within ten days of our letter or the record within thirty days. We received no response to our letter.

It is therefore ORDERED that Ms. Amy Russell file the record in this court **no later than September 28, 2022**. If the record is not received by such date, a show cause order shall issue directing Ms. Russell to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Russell by certified mail, return receipt requested, and by regular United States mail.

Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

FILE COPY

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.

MICHAEL A. CRUZ, Clerk of Court